# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1021, -1022

ORACLE AMERICA, INC.,

Plaintiff-Appellant,

v.

GOOGLE INC.,

Defendant-Cross Appellant.

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-3561, Judge William H. Alsup.

Authorized Abbreviated Caption[2]

ORACLE AMERICA, INC. V GOOGLE INC., 2013-1021, -1022

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.