AO 149 (6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information Sheet

United States District Court for the Northern District of California

---

ORACLE AMERICA, INC.-v-GOOGLE INC.
Plaintiff(s)                    Defendant(s)

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: Patent

Docket No.  CV 10-03561 WHA           Date of Judgment/Order:  9/4/2012 Docket 1242

Cross or related appeal?     Date of Notice of Appeal:  **October 4, 2012** Docket Entry 1247

Appellant is: ( ) Plaintiff    (X) Defendant    ( ) Other (explain

---

DOCKET FEE STATUS:
    (X) Paid    ( ) Not Paid    Billed On:
U.S. Appeal? Yes ( )  No (X)
In forma pauperis?
    ( ) Granted    ( ) Denied    ( ) Revoked    ( ) Pending    (x) Never requested

---

COUNSEL
(List name, firm, address and telephone of lead counsel for each party. Indicate party represented.

See Docket Sheet

COURT REPORTER: See Docket Sheet

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.

| | |
|---|---|
| 1  KEKER & VAN NEST LLP | KING & SPALDING LLP |
|    ROBERT A. VAN NEST - # 84065 | DONALD F. ZIMMER, JR. - #112279 |
| 2  rvannest@kvn.com | fzimmer@kslaw.com |
|    CHRISTA M. ANDERSON - # 184325 | CHERYL A. SABNIS - #224323 |
| 3  canderson@kvn.com | csabnis@kslaw.com |
|    DANIEL PURCELL - # 191424 | 101 Second Street, Suite 2300 |
| 4  dpurcell@kvn.com | San Francisco, CA  94105 |
|    633 Battery Street | Tel: 415.318.1200 |
| 5  San Francisco, CA  94111-1809 | Fax: 415.318.1300 |
|    Telephone:    415 391 5400 | |
| 6  Facsimile:    415 397 7188 | |

7  KING & SPALDING LLP                     IAN C. BALLON - #141819
   SCOTT T. WEINGAERTNER                   ballon@gtlaw.com
8  (*Pro Hac Vice*)                        HEATHER MEEKER - #172148
   sweingaertner@kslaw.com                 meekerh@gtlaw.com
9  ROBERT F. PERRY                         GREENBERG TRAURIG, LLP
   rperry@kslaw.com                        1900 University Avenue
10 BRUCE W. BABER (Pro Hac Vice)           East Palo Alto, CA  94303
   1185 Avenue of the Americas             Tel: 650.328.8500
11 New York, NY 10036                      Fax: 650.328.8508
   Tel: 212.556.2100
12 Fax: 212.556.2222

13

14 Attorneys for Defendant
   GOOGLE INC.

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
| 19         Plaintiff, | **AMENDED NOTICE OF APPEAL** |
| 20         v. | Dept.:   Courtroom 8, 19th Floor |
|  | Judge:   Hon. William Alsup |
| 21  GOOGLE INC., | |
| 22         Defendant. | |

Case No. 3:10-CV-03561 WHA

697861.01

1     Notice is hereby given that Defendant, Google Inc. (hereinafter "Google"), appeals to the
2 United States Court of Appeals for the Federal Circuit from the Order Denying Motion for
3 Judgment as a Matter of Law and New Trial (Dkt. No. 1242) entered in this action on September
4 4, 2012.

Dated: October 4, 2012                          KEKER & VAN NEST LLP

                                                 /s/ Steven A. Hirsch
                               By:      STEVEN A. HIRSCH

                                           Attorneys for Defendant
                                           GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL** |
| GOOGLE INC., | |
| Defendant. | |

Defendant Google Inc. moves for judgment as a matter of law under Rule 50(b), or in the alternative, for a new trial under Rule 59, on copyright issues regarding the rangeCheck function and decompiled files. Google's arguments are repetitive of its Rule 50(a) motion and rely on the same evidence. For reasons stated in the prior orders (Dkt. Nos. 1119, 1123), Google's motion is **DENIED**.

The Court takes this opportunity to state that it will take no further action regarding the subject of payments by the litigants to commentators and journalists and reassures both sides that no commentary has in any way influenced the Court's orders and ruling herein save and except for any treatise or article expressly cited in an order or ruling.

**IT IS SO ORDERED.**

Dated: September 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE