# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 13-1021, 1022

Oracle America, Inc.

v.

Google Inc.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.

Name of the party you represent: Google Inc.

Party is (select one):
- [ ] Appellant/Petitioner
- [ ] Appellee/Respondent
- [x] Cross-Appellant
- [ ] Intervenor

Tribunal appealed from and Case No.: USDC for N.D. California, Case No. 10-cv-03561

Date of Judgment/Order: 6/20/2012, 9/4/2012    Type of Case: Patent / Copyright

Relief sought on appeal: Affirm judgment to extent adverse to Oracle. Reverse Order re Google's motion for JMOL or New Trial. Vacate judgment to extent adverse to Google.

Relief awarded below (if damages, specify): Judgment of copyright infringement of the rangeCheck code in TimSort.java and ComparableTimSort.java, and the eight decompiled files (seven "Impl.java" files and one "ACL" file), as to which judgment for Oracle and against Google is entered in the amount of zero dollars (as per the parties; stipulation). See Final Judgment (Dkt. 1211).

Briefly describe the judgment/order appealed from

Final Judgment entered June 20, 2012 (Dkt. 1211)
Order Denying Motion for Judgment as Matter of Law and New Trial, entered September 4, 2012 (Dkt. 1242)

Form 26

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

- [x] Final Judgment, 28 USC 1295
- [ ] Rule 54(b)
- [ ] Interlocutory Order (specify type) _____
- [ ] Other (explain; see Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued _____
NONE (Case Nos. 13-1021 and 13-1022 have been consolidated)

Brief statement of the issues to be raised on appeal _____
Without limitation, whether the district court should have granted judgment as a matter of law for Google on Oracle's claim for copyright infringement as to the rangeCheck code in TimSort.java and ComparableTimSort.java, and the eight decompiled files (seven "Impl.java" files and one "ACL" file).

Have there been discussions with other parties relating to settlement of this case?

[x] Yes  [ ] No

If "yes," when were the last such discussions?

- [ ] Before the case was filed below?
- [x] During the pendency of the case below?
- [ ] Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?    [x] Yes  [ ] No

If they were mediated, by whom? _____
Magistrate Judge Paul Grewal, United States District Court for the Northern District of California

FORM 26. Docketing Statement (continued)

Do you believe that this case may be amenable to mediation?   ☒ Yes   ☐ No

If you answered no, explain why not _____

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this __2nd__ day of __November__, __2012__

by: __ECF__
(manner of service)

__Robert Van Nest__          __/s/ Robert Van Nest__
Name of Counsel                Signature of Counsel

Law Firm        Keker & Van Nest LLP

Address         633 Battery St.

City, State, ZIP   San Francisco, CA 94111

Telephone Number   (415) 391-5400

FAX Number         (415) 397-7188

E-mail Address     Rvannest@KVN.com

# United States Court of Appeals for the Federal Circuit

ORACLE AMERICA, INC. v. GOOGLE INC., Nos. 2013-1021, -1022

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by KEKER & VAN NEST LLP, Attorneys for Defendant-Cross-Appellant to print this document. I am an employee of Counsel Press.

On **November 2, 2012**, Counsel for Cross-Appellant has authorized me to electronically file the foregoing **Docketing Statement** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to any of the following counsel registered as CM/ECF users:

E. JOSHUA ROSENKRANZ
jrosenkranz@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5151

MARK S. DAVIES
mark.davies@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
1152 15TH Street, NW
Columbia Center
Washington, DC 20005
(202) 339-8631

ANNETTE L. HURST
ahurst@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
(415) 773-4585

GABRIEL M. RAMSEY
gramsey@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

| | |
|---|---|
| DALE M. CENDALI<br>dale.cendali@kirkland.com<br>JOSHUA L. SIMMONS<br>joshua.sommons@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>Citigroup Center<br>New York, NY 10022<br>(212) 446-4800 | DIANA M. TORRES<br>diana.torres@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 S. Hope Street<br>Los Angeles, CA 90071<br>(213) 680-8400 |

MICHALE A. JACOBS
mjacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 68-7178

*Attorneys for Plaintiff-Appellant*

Paper copies will also be mailed to the above counsel.

November 2, 2012  /s/ Robyn Cocho
  Counsel Press