Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc. v. Google Inc.

No. 2013-1021, -1022

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

____ Pro Se    ✓ As counsel for: Ralph Oman
                                Name of party

I am, or the party I represent is (select one):

____ Petitioner    ____ Respondent    ✓ Amicus curiae    ____ Cross Appellant

____ Appellant    ____ Appellee    ____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

✓ Petitioner or appellant    ____ Respondent or appellee

My address and telephone are:

Name: Lacy H. Koonce, III
Law firm: Davis Wright Tremaine LLP
Address: 1633 Broadway
City, State and ZIP: New York, NY 10019
Telephone: 212-489-8230
Fax #: 212-489-8340
E-mail address: LanceKoonce@dwt.com

Statement to be completed by counsel only (select one):

____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Jan. 29, 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✓ Yes    ____ No

____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

02/19/2013                    /s/ Lacy H. Koonce, III
     Date                     Signature of pro se or counsel

cc: Counsel of record