Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc. v. Google Inc.

No. 13-1021, -1**

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se   ✓ As counsel for: Picture Archive Council of America, Inc. and Graphic Artists Guild
Name of party

I am, or the party I represent is (select one):

_____ Petitioner   _____ Respondent   ✓ Amicus curiae   _____ Cross Appellant

_____ Appellant   _____ Appellee   _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

✓ Petitioner or appellant   _____ Respondent or appellee

My address and telephone are:

Name: Brianna E. Dahlberg
Law firm: LATHROP & GAGE LLP
Address: 1888 Century Park East, Suite 1000
City, State and ZIP: Los Angeles, CA 90067
Telephone: (310) 789-4600
Fax #: (310) 789-4601
E-mail address: bdahlberg@lathropgage.com

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✓ Yes   _____ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

2-19-2013
Date

Signature of pro se or counsel

cc: _____

123