NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2013-1021, -1022

ORACLE AMERICA, INC.,

        Plaintiff-Appellant,

v.

GOOGLE INC.,

        Defendant-Cross Appellant.

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-3561, Judge William H. Alsup.

ON MOTION

O R D E R

Upon consideration of Google Inc.'s unopposed motion for an extension of time, until May 23, 2013, to file its principal brief,

IT IS ORDERED THAT:

The motion is granted.

        FOR THE COURT

| | |
|---|---|
| March 1, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

m2