Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc.    v. Google Inc.

No. 13-1021

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se    ✓ As counsel for:    Google, Inc.
                                                                                               Name of party

I am, or the party I represent is (select one):

_____ Petitioner    _____ Respondent    _____ Amicus curiae    _____ Cross Appellant

_____ Appellant    ✓ Appellee    _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    _____ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Ian C. Ballon |
| Law firm: | Greenberg Traurig LLP |
| Address: | 1900 University Avenue, 5th Floor |
| City, State and ZIP: | East Palo Alto, CA 94303 |
| Telephone: | 650-289-7881 |
| Fax #: | 650-462-7881 |
| E-mail address: | ballon@gtlaw.com |

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/07/2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    ✓ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

2/25/13
Date                                                     Signature of pro se or counsel

cc: _____

123

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2013, this Entry of Appearance for Ian C. Ballon was filed with the Clerk of the Court using the Court's CM/ECF System, which will automatically send email notification of such filing to the following counsel of record:

E. Joshua Rosenkranz, -
Direct: 212-506-5380
Email: jrosenkranz@orrick.com
Fax: 212-506-5151
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

Dale M. Cendali, -
Direct: 212-446-4800
Email: dale.cendali@kirkland.com
Kirkland & Ellis LLP
601 Lexington Avenue
Citigroup Center
New York, NY 10022

Dorian Estelle Daley, Esq., General Counsel
Direct: 650-506-5200
Email: dorian.daley@oracle.com
Fax: 650-506-7114
Oracle America, Inc.
Oracle Legal Department
500 Oracle Parkway
Redwood Shores, CA 94065

Kelly M. Daley, Esq.
Direct: 212-506-5000
Email: kdaley@orrick.com
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

Mark S. Davies, Esq., -
Direct: 202-339-8631
Email: mark.davies@orrick.com
Fax: 202-339-8500
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

Susan M. Davies
Direct: 202-879-5000
Email: susan.davies@kirkland.com
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005

Sean Fernandes
Direct: 650-859-7014
Email: sean.fernandes@kirkland.com
Kirkland & Ellis LLP
3330 Hillview Ave.
Palo Alto, CA 94304

Annette Louise Hurst, Esq.
Direct: 415-773-4585
Email: ahurst@orrick.com
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

Michael Allen Jacobs, Attorney
Direct: 415-268-7455
Email: mjacobs@mofo.com
Fax: 415-268-7522
Morrison & Foerster LLP
Firm: 415-268-7178
425 Market Street
San Francisco, CA 94105

Kenneth Alexander Kuwayti, Esq.
Direct: 650-813-5600
Email: KKuwayti@mofo.com
Morrison & Foerster LLP

Firm: 650-813-5600
755 Page Mill Road
Palo Alto, CA 94304-1018

Elizabeth Cincotta McBride
Direct: 650-614-7377
Email: emcbride@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Deborah Kay Miller, Associate General Counsel
Direct: 650-506-0563
Email: deborah.miller@oracle.com
Fax: 650-506-7114
Oracle America, Inc.
Oracle Legal Department
Room 5 op 762
500 Oracle Parkway
Redwood Shores, CA 94065

Gabriel Morgan Ramsey, Attorney
Direct: 650-614-7400
Email: gramsey@orrick.com
Fax: 650-614-7401
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025


Matthew Sarboraria, Esq., Associate General Counsel
Direct: 650-506-1372
Email: matthew.sarboraria@oracle.com
Oracle America, Inc.
Oracle Legal Department
m/s 5OP726
500 Oracle Parkway
Redwood Shores, CA 94065

Andrew D. Silverman, Attorney
Direct: 212-506-3727
Email: asilverman@orrick.com
Fax: 212-506-5151

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

Joshua L. Simmons, Attorney
Direct: 212-446-4989
Email: joshua.simmons@kirkland.com
Fax: 212-446-4900
Kirkland & Ellis LLP
601 Lexington Avenue
Citigroup Center
New York, NY 10022

Andrew C. Temkin
Direct: 650-506-9432
Email: andrew.temkin@oracle.com
Fax: 650-506-7114
Oracle America, Inc.
Oracle Legal Department
500 Oracle Parkway
Redwood Shores, CA 94065

Diana M. Torres
Direct: 213-680-8400
Email: diana.torres@kirkland.com
Fax: 213-680-8500
Kirkland & Ellis LLP
333 S. Hope Street
Los Angeles, CA 90071

Christa M. Anderson
Direct: 415-391-5400
Email: canderson@kvn.com
Fax: 415-397-7188
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111

Steven A. Hirsch, Attorney
Direct: 415-391-5400
Email: shirsch@kvn.com
Fax: 415-397-7188
Keker & Van Nest LLP

633 Battery Street
San Francisco, CA 94111

Daniel E. Jackson, Esq., Attorney
Direct: 415-391-5400
Email: djackson@kvn.com
Fax: 415-397-7188
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Michael Soonuk Kwun, Esq., Senior Counsel
Direct: 415-391-5400
Email: mkwun@kvn.com
Fax: 415-397-7188
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Robert A. Van Nest, Esq.
Direct: 415-391-5400
Email: rvannest@kvn.com
Fax: 415-397-7188
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Dated: February 28, 2013

/s/ Ian C. Ballon

Ian C. Ballon
*Counsel for Google, Inc*